FILED

2007 AUG 13 PM 12:59

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD HASSAN DAIRI,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; et al,<br><br>    Defendants. | Case No. 07cv1014-JM (JMA)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING<br><br>[Docket No. ___] |

Having considered the parties' Joint Motion to Extend Time to File Responsive Pleading (Docket No. 3) and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that Defendants shall respond to Plaintiff's Complaint on or before August 20, 2007.

**It is so ordered.**

Signed this _10_ th day of August, 2007,

Honorable Jeffrey T. Miller
United States District Judge